IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FLEET CONNECT SOLUTIONS LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TWO MEN AND A TRUCK/INTERNATIONAL, LLC,**<br><br>*Defendant*. | § § § § § § § § § § § §   CIVIL ACTION NO. 2:23-CV-00303-JRG-RSP |

# ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Fleet Connect Solutions LLC ("Plaintiff"). (Dkt. No. 11.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Aug 24, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE